<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6133**

———————

WILLIAM A. ROSS,

Petitioner - Appellant,

versus

STATE OF NORTH CAROLINA; ATTORNEY GENERAL OF
NORTH CAROLINA,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-00-200-3-1-MU)

———————

Submitted: April 27, 2001          Decided: May 4, 2001

———————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

William A. Ross, Appellant Pro Se. Michael F. Easley, Clarence Joe
DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA,
Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William A. Ross seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Ross' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. Ross v. North Carolina, No. CA-00-200-3-1-MU (W.D.N.C. Oct. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2